NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARQUISE HAYNES,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D17-3010
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
                                    )
_____ )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Pinellas
County; Philip Federico, Judge.

Howard L. Dimmig, II, Public Defender, and
Richard P. Albertine, Jr., Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney
General, Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


KELLY, VILLANTI, and BLACK, JJ., Concur.